# EXHIBIT A

## LISA HAGERTY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records, Inc. | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |
| UMG Recordings, Inc. | Ludacris | Saturday (Oooh! Oooh!) | Word of Mouf | 304-605 |
| Arista Records, Inc. | Avril Lavigne | Complicated | Let Go | 312-786 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | Shania Twain | Honey I'm Home | Come On Over | 243-502 |
| Atlantic Recording Corporation | Taproot | 1 Nite Stand | Gift | 305-703 |
| BMG Music | SR-71 | Right Now | Now You See Inside | 283-812 |



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Comedy - Bob and Tom - Bad Pickup Lines (1).mp3 | Paul Gilmartin | 1,083KB | Audio |
| laboo420-2@fileshare | 'Nsync - Bye Bye Bye (Techno Remix) (1).mp3 | Nsync | 4,536KB | Audio |
| laboo420-2@fileshare | (03) B2k - Why I Love You.mp3 | B2k | 1,882KB | Audio |
| laboo420-2@fileshare | (06) Jennifer Lopez - All I Have Ft Ll Cool J (1).wma | Jennifer Lopez | 2,513KB | Audio |
| laboo420-2@fileshare | (10) Nelly - Dilemma ft Kelly Rowland (1).mpg | Unknown | 3,984KB | Video |
| laboo420-2@fileshare | (10) Smilez And Southstar - Tell Me.mp3 | Smilez And Southstar | 4,358KB | Audio |
| laboo420-2@fileshare | (Classical Remix ) Bach - Toccata Al Fugue (Techno Mix).m... | Techno | 7,582KB | Audio |
| laboo420-2@fileshare | (Mya, Pink, Lil' Kim, Christina Aguilera_Missy Elliot)Lady M... | Christina Aguilera, Mya, Lil... | 6,226KB | Audio |
| laboo420-2@fileshare | (Trust Company)-Downfall.mp3 | Trust Company | 2,640KB | Audio |
| laboo420-2@fileshare | 001_Black Eyed Peas Feat._Justin Timberlake - Where is th... | black eyed peas | 1,803KB | Audio |
| laboo420-2@fileshare | 01-baby_ft._p._diddy-pretty_lady-osc.wma | baby ft. p. diddy | 2,937KB | Audio |
| laboo420-2@fileshare | 01-outkast-hey_ya-hodenkrbz.mp3 | Outkast | 5,832KB | Audio |
| laboo420-2@fileshare | 01-r_kelly-ignition_(remix).mp3 | 01-r_kelly-ignition_(remix) | 1,492KB | Audio |
| laboo420-2@fileshare | 02 Miss Independent.wma | Unknown | 3,382KB | Audio |
| laboo420-2@fileshare | 05_GoodCharlotte_LosAnthem.mp3 | Good Charlotte | 3,191KB | Audio |
| laboo420-2@fileshare | 06-cd2-busta_rhymes_sean_paul_spliff-make_it_clap_(rem... | 06-cd2-busta_rhymes_se... | 2,714KB | Audio |
| laboo420-2@fileshare | 07-Sum41 - In Too Deep.wav | Sum 41 | 1,883KB | Audio |
| laboo420-2@fileshare | 1-Bob Carlisle - Christmas Shoes.mp3 | Bob Carlisle | 3,236KB | Audio |
| laboo420-2@fileshare | 10 - Dilemma.mp3 | Nelly | 3,174KB | Audio |
| laboo420-2@fileshare | 10 - give it to her hard - tanto metro_devonte (liquid ridd... | Tanto Metro_Devonte (l... | 4,519KB | Audio |
| laboo420-2@fileshare | 12 - Ludacris - Saturday - supermp3s.mp3 | Ludacris | 3,603KB | Audio |
| laboo420-2@fileshare | 15-dmx-_x_gonna_give_it_to_ya.mp3 | 15-dmx-_x_gonna_give_i... | 3,233KB | Audio |
| laboo420-2@fileshare | 16 - b2k.ft graph - girlfriend remix.wma | B2k | 1,818KB | Audio |
| laboo420-2@fileshare | 3 Days Grace - I Hate Everything About You.mp3 | Three Days Grace | 3,676KB | Audio |
| laboo420-2@fileshare | Jimmy Buffet - Two Piña Coladas.mp3 | Jimmy Buffet | 1,942KB | Audio |
| laboo420-2@fileshare | a charlie brown christmas - Music.mp3 | a charlie brown christmas | 5,094KB | Audio |
| laboo420-2@fileshare | 311-creatures(for a while).mp3 | 311 | 3,966KB | Audio |
| laboo420-2@fileshare | 3LW - No More (Video Version).mp3 | 3lw | 2,885KB | Audio |
| laboo420-2@fileshare | 3lw - Playahz gunna play (3).mp3 | 3lw | 2,944KB | Audio |

Found 890 files | 3,655,515 users online; sharing 618,686,938 files (4,916,864 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | 3lw - Playahz gunna play (3).mp3 | 3lw | 2,944KB | Audio |
| laboo420-2@fileshare | 50 Cent - Wangsta.mp3 | 50 Cent | 3,179KB | Audio |
| laboo420-2@fileshare | 50 cent- In the Club.mp3 | 50 Cent | 2,838KB | Audio |
| laboo420-2@fileshare | 50 Cent-GET RICH OR DIE TRYIN-Many Men.mp3 | 50 Cent | 4,398KB | Audio |
| laboo420-2@fileshare | 50 Cent-GET RICH OR DIE TRYIN-p.i.m.p.-No Beeps.mp3 | 50 Cent | 2,795KB | Audio |
| laboo420-2@fileshare | 8 mile battles-eminem sweet home alabama freestyle.mp3 | Eminem | 1,672KB | Audio |
| laboo420-2@fileshare | 80's - DONT TURN AROUND.mp3 | 80'S | 2,912KB | Audio |
| 2 Users | @-techno-Do you think your better off alone.mp3 | Alice DeeJay | 5,114KB | Audio |
| laboo420-2@fileshare | A New Found Glory - Boy Crazy.mp3 | a new found glory | 3,107KB | Audio |
| laboo420-2@fileshare | A New Found Glory - Congrats Your Beautiful.mp3 | a new found glory | 2,170KB | Audio |
| laboo420-2@fileshare | A New Found Glory - The Goodbye Song.mp3 | a new found glory | 3,647KB | Audio |
| laboo420-2@fileshare | christmas music - run run rudolph.mp3 | comedy songs | 2,471KB | Audio |
| laboo420-2@fileshare | A NewFound Glory - I Wanna Be Sedated (Punk Cover).mp3 | a new found glory | 2,174KB | Audio |
| laboo420-2@fileshare | A Newfound Glory - Scraped Knees.mp3 | a new found glory | 3,682KB | Audio |
| laboo420-2@fileshare | a newfound glory - some girls are crazy (1).mp3 | a new found glory | 3,142KB | Audio |
| laboo420-2@fileshare | AAF- Smooth Criminal (1).mp3 | Alien Ant Farm | 3,269KB | Audio |
| laboo420-2@fileshare | AAF-these days.MP3 | Alien Ant Farm | 3,585KB | Audio |
| laboo420-2@fileshare | Ace of Base - Dont Turn Around.mp3 | Ace of Base | 2,718KB | Audio |
| laboo420-2@fileshare | Adam Sandler - Cock 'n' Balls.mp3 | Adam Sandler | 4,423KB | Audio |
| laboo420-2@fileshare | Adam Sandler - Fuck the Macarana.mp3 | Adam Sandler | 4,308KB | Audio |
| laboo420-2@fileshare | Adam Sandler - Hanukah Song.mp3 | Adam Sandler | 3,406KB | Audio |
| 2 Users | Adam Sandler - I Ran Over The Taco Bell Dog.mp3 | Adam Sandler | 1,159KB | Audio |
| laboo420-2@fileshare | Adam Sandler - The Chanukah Song (Part 3).mp3 | Adam Sandler | 3,459KB | Audio |
| laboo420-2@fileshare | Adam Sandler - The grandma song.mp3 | Adam Sandler | 3,563KB | Audio |
| laboo420-2@fileshare | Adam Sandler - The New Chanukah Song.mp3 | Adam Sandler | 3,000KB | Audio |
| laboo420-2@fileshare | Adam Sandler - Turkey.mp3 | Adam Sandler | 3,527KB | Audio |
| laboo420-2@fileshare | Adam Sandler- Uses Of The Word Fuck.mp3 | Adam Sandler | 2,300KB | Audio |
| laboo420-2@fileshare | Adam Sandler- Billy Madison- Peeing Your Pants Is Cool.mp3 | Adam Sandler | 544KB | Audio |
| laboo420-2@fileshare | Adam Sandler-Severe Beating of a High School Cheerleade... | Adam Sandler | 1,450KB | Audio |

Found 890 files | 3,655,515 users online, sharing 618,666,938 files (4,916,864 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Adam Sandler-Severe Beating of a High School Cheerleade... | Adam Sandler | 1,460KB | Audio |
| laboo420-2@fileshare | Aerosmith - Dont Wanna Close My Eyes.mp3 | Aerosmith | 4,640KB | Audio |
| laboo420-2@fileshare | Aerosmith - Dream On.mp3 | Aerosmith | 4,182KB | Audio |
| laboo420-2@fileshare | Aerosmith-Girls_Of_Summer.mp3 | Aerosmith | 3,047KB | Audio |
| laboo420-2@fileshare | afi-girls_not_grey.mp3 | AFI | 1,462KB | Audio |
| laboo420-2@fileshare | Ah-Ha - Take on Me (Techno Remix) (1).mp3 | Techno | 4,228KB | Audio |
| laboo420-2@fileshare | Ah-Ha - Take On Me.mp3 | Aha | 5,548KB | Audio |
| laboo420-2@fileshare | ahnold[1].mp3 | Unknown | 946KB | Audio |
| laboo420-2@fileshare | Azn Pride - Got Rice.mp3 | Asian Pride | 1,576KB | Audio |
| laboo420-2@fileshare | AlbumArt_{C694E383-58B1-4B0A-8B5A-4AAE8AF37F33}_... | Unknown | 10KB | Image |
| laboo420-2@fileshare | AlbumArt_{C694E383-58B1-4B0A-8B5A-4AAE8AF37F33}_... | Unknown | 2KB | Image |
| laboo420-2@fileshare | Alkaline Trio - From Here to Infirmary - 04 - stupid kid.mp3 | Alkaline Trio | 2,243KB | Audio |
| laboo420-2@fileshare | Alkaline Trio -02- We've had enough.mp3 | Alkaline Trio | 2,776KB | Audio |
| laboo420-2@fileshare | Allison Krauss - When You Say Nothing At All.mp3 | Alison Krauss and Union St... | 4,031KB | Audio |
| laboo420-2@fileshare | Amazing Grace - Bagpipes - Braveheart.mp3 | Amazing Grace | 3,156KB | Audio |
| laboo420-2@fileshare | American Hi-Fi - Flavor Of The Week.mp3 | American Hi | 2,997KB | Audio |
| laboo420-2@fileshare | Angie Mar-lf I f Lil Mo-11EnvySnick2.mp3 | Angie Martinez F Lil Mo | 3,518KB | Audio |
| laboo420-2@fileshare | Aqua - Barbie Girl.mp3 | Aqua | 2,661KB | Audio |
| laboo420-2@fileshare | Artist - SARAI 'LADIES'.mp3 | Sarai | 3,260KB | Audio |
| laboo420-2@fileshare | Authority Zero - Over Seasons.mp3 | Authority Zero | 3,630KB | Audio |
| laboo420-2@fileshare | Avril Lavigne - Complicated (WHOLE SONG!).mp3 | Avril Lavigne | 3,837KB | Audio |
| laboo420-2@fileshare | Avril Lavigne - Let Go - 03 - Skater Boy.wma | Avril Lavigne | 1,631KB | Audio |
| laboo420-2@fileshare | Avril Lavigne - Let Go - 09 - Things I'll Never Say.wma | Avril Lavigne | 1,789KB | Audio |
| laboo420-2@fileshare | Ayla - Ayla part 3.mp3 | Ayla | 4,044KB | Audio |
| laboo420-2@fileshare | Ayla - Dreamland.mp3 | Ayla | 3,262KB | Audio |
| laboo420-2@fileshare | B2K - Girlfriend.mp3 | B2K | 4,658KB | Audio |
| laboo420-2@fileshare | B2K ft P. Diddy - Bump, Bump, Bump.mp3 | B2K ft P. Diddy | 3,578KB | Audio |
| laboo420-2@fileshare | B2K-uh huh.mp3 | B2K | 1,516KB | Audio |
| laboo420-2@fileshare | B2K_Girlfriend.wma | B2K | 1,226KB | Audio |

Found 890 files | 3,655,515 users online, sharing 618,666,938 files (4,916,864 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | B2K_Girlfriend.wma | B2K | 1,226KB | Audio |
| laboo420-2@fileshare | Baby Boy.mpg | Unknown | 42,197KB | Video |
| laboo420-2@fileshare | Battle Of The Year 2000.mpeg | Unknown | 3,052KB | Video |
| laboo420-2@fileshare | Beanie Man, Sean Paul, Buju B, Devonte Tonto Metro - R.... | Beenie/Sean Paul/Buju/D... | 13,206KB | Audio |
| laboo420-2@fileshare | Beastie Boys - Brass Monkey.mp3 | Beastie Boys | 2,446KB | Audio |
| laboo420-2@fileshare | Beastie Boys - Fight For Your Right To Party.mp3 | Beastie Boys | 3,251KB | Audio |
| laboo420-2@fileshare | Beastie Boys - Girls..mp3 | Beastie Boys | 2,072KB | Audio |
| laboo420-2@fileshare | Beastie Boys - Hey Ladies (VERY cool remix).mp3 | Beastie Boys | 5,718KB | Audio |
| laboo420-2@fileshare | Beastie Boys - Intergalactic.mp3 | Beastie Boys | 3,296KB | Audio |
| laboo420-2@fileshare | Beastie Boys - No Sleep Till Brooklyn.mp3 | Beastie Boys | 3,858KB | Audio |
| laboo420-2@fileshare | Beastie Boys - Sabotage.mp3 | Beastie Boys | 3,152KB | Audio |
| laboo420-2@fileshare | smashmouth - allstar (full).mp3 | Smash Mouth | 2,788KB | Audio |
| laboo420-2@fileshare | Beethoven - Fur Elise (Techno Remix).mp3 | Techno | 3,264KB | Audio |
| laboo420-2@fileshare | Benzino - Dear_Slim (Eminem diss.mp3 | Outbreak Entertainment | 3,196KB | Audio |
| laboo420-2@fileshare | Benzino - Rock The Party.mp3 | Benzino | 4,736KB | Audio |
| laboo420-2@fileshare | Beyonce and Jay-Z - Crazy In Love.mp3 | Beyonce and Jay-Z | 3,906KB | Audio |
| laboo420-2@fileshare | beyonce ft. sean paul - baby boy.mp3 | Beyonce | 3,583KB | Audio |
| laboo420-2@fileshare | Big Tymers-Still Fly.wma | Big Tymers | 2,257KB | Audio |
| laboo420-2@fileshare | Bin Laden song(dayo).mp3 | Unknown | 1,474KB | Audio |
| laboo420-2@fileshare | Blnk 1s82 - T he Rock Show.mp3 | Blink 182 | 3,894KB | Audio |
| laboo420-2@fileshare | Black Eyed Peas-ELEPHUNK-where is the love-Brand New..... | black eyed peas | 6,278KB | Audio |
| laboo420-2@fileshare | Blade Soundtrack - Techno Theme.mp3 | Techno | 2,136KB | Audio |
| laboo420-2@fileshare | Blessed Union of Souls - I Believe.mp3 | Blessid Union Of Souls | 4,189KB | Audio |
| laboo420-2@fileshare | Blink 182 - Adam's Song.mp3 | Blink182 | 3,931KB | Audio |
| laboo420-2@fileshare | Blink 182 - Aliens Exist.mp3 | Blink 182 | 3,015KB | Audio |
| laboo420-2@fileshare | Blink 182 - Dammit.mp3 | Blink 182 | 2,578KB | Audio |
| laboo420-2@fileshare | Blink 182 - Going Away To College.mp3 | Blink 182 | 2,802KB | Audio |
| laboo420-2@fileshare | Blink 182 - The Party Song.mp3 | Blink 182 | 1,368KB | Audio |
| laboo420-2@fileshare | Blink 182 - Whats My Age Again.mp3 | Blink 182 | 2,290KB | Audio |

Found 890 files | 3,655,515 users online, sharing 618,666,938 files (4,916,864 GB) | Not sharing any files

**Kazaa - [Search]**

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Blink 182 - Whats My Age Again.mp3 | Blink 182 | 2,290KB | Audio |
| laboo420-2@fileshare | Blink182-All the small things (1).mp3 | Blink 182 | 1,191KB | Audio |
| laboo420-2@fileshare | Blink182-girl at the rock show.mp3 | Blink 182 | 2,368KB | Audio |
| laboo420-2@fileshare | blink_182_-_dammit.mpg | Unknown | 17,100KB | Video |
| laboo420-2@fileshare | Bob Carlisle - Butterfly Kisses.mp3 | Bob Carlisle | 5,314KB | Audio |
| laboo420-2@fileshare | Bob Marley with Fat Boy Slim - I'm A Rainbow Too (Techno... | Techno | 7,514KB | Audio |
| laboo420-2@fileshare | Bob Marly - Red Red wine.mp3 | Bob Marly | 3,931KB | Audio |
| laboo420-2@fileshare | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio |
| laboo420-2@fileshare | Bowling For Soup - 03 - Girl All The Bad Guys Want.mp3 | Bowling For Soup | 3,351KB | Audio |
| laboo420-2@fileshare | Boxcar Racer - I Feel So.mp3 | Boxcar Racer | 2,489KB | Audio |
| laboo420-2@fileshare | Boxcar Racers - There Is.mp3 | Box Car Racer | 2,694KB | Audio |
| laboo420-2@fileshare | boys.mp3 | Unknown | 3,525KB | Audio |
| laboo420-2@fileshare | switchfoot--meant to live (1).mp3 | Switchfoot | 4,817KB | Audio |
| laboo420-2@fileshare | Break Dancing 6.mpg | Unknown | 1,628KB | Video |
| laboo420-2@fileshare | Breaking Benjamin - Polyamerous.mp3 | Breaking Benjamin | 2,880KB | Audio |
| laboo420-2@fileshare | Brittany Spears - Over Protected.mp3 | Britney Spears | 3,120KB | Audio |
| laboo420-2@fileshare | Brittany Spears - Pepsi Commercial.mp3 | Britney Spears | 1,278KB | Audio |
| laboo420-2@fileshare | Bryan Adams - Get Off My Back.mp3 | Bryan Adams | 2,662KB | Audio |
| laboo420-2@fileshare | Bryan Adams - Here I Am (1).mp3 | Bryan Adams | 4,254KB | Audio |
| laboo420-2@fileshare | BSB; Nsync, 98 Degrees - Cheerleading Remix.mp3 | Nsync | 8,548KB | Audio |
| laboo420-2@fileshare | Bump Bump Bump B2K.mpg | Unknown | 76,874KB | Video |
| laboo420-2@fileshare | Busta Rhymes - Give It To Me (Ft. Mariah Carey).mp3 | Busta Rhymes Feat. Mari... | 4,526KB | Audio |
| laboo420-2@fileshare | Busta Rhymes Feat. Spliff Star - Make It Clap.mp3 | Make It Clap | 3,480KB | Audio |
| laboo420-2@fileshare | Busta Ryhmes - Break Your Neck (1).mp3 | 01_Busta_Rhymes_Feat... | 3,127KB | Audio |
| laboo420-2@fileshare | C.s_Techno Mix.mp3 | Counter Strike | 3,076KB | Audio |
| laboo420-2@fileshare | Cameo - Back And Forth.mp3 | Cameo | 3,669KB | Audio |
| laboo420-2@fileshare | Cameo - Doing Da Butt.mp3 | Cameo | 3,136KB | Audio |
| laboo420-2@fileshare | cameo - It's Like Candy.mp3 | Cameo | 5,345KB | Audio |
| laboo420-2@fileshare | bb and bb .kpl | Billie Holiday | 0KB | |

Found 890 files | 3,655,515 users online, sharing 616,666,936 files (4,916,864 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| laboo420-2@fileshare | bb and bb .kpl | Billie Holiday | 0KB | | |
| laboo420-2@fileshare | cameo - word up (full length version).mp3 | Cameo | 5,515KB | Audio | Word Up (f |
| laboo420-2@fileshare | Cartman_Elvis - In the Ghetto.mp3 | Elvis, Matt, Trey, Me | 3,775KB | Audio | In The Gh |
| laboo420-2@fileshare | CASPER~1 (1).MP3 | Casper | 5,442KB | Audio | C |
| 2 Users | Catholic Classics - On Eagles Wings.mp3 | Catholic Classics | 4,143KB | Audio | |
| laboo420-2@fileshare | no doubt the singles collection-it's my life.mp3 | no doubt | 6,224KB | Audio | |
| laboo420-2@fileshare | r kelly-step in the name of love-the chocolate.factory.mp3 | r kelly | 4,564KB | Audio | step |
| laboo420-2@fileshare | Chin Tiki Parking Lot Rap.mp3 | Unknown | 1,023KB | Audio | Chin |
| laboo420-2@fileshare | Chingy - Right Thurr.mp3 | Chingy | 3,388KB | Audio | |
| laboo420-2@fileshare | Chingy Ft. Ludacris - Right Thurr Remix.mp3 | Chingy Ft. Ludacris | 2,680KB | Audio | |
| laboo420-2@fileshare | Christina Aguilera - Cant Hold Us Down.mpeg | Unknown | 45,633KB | Video | Christina Aguilera - |
| laboo420-2@fileshare | Christina Aguilera - I Turn To You.mpg | Unknown | 42,758KB | Video | Christina Aguil |
| laboo420-2@fileshare | ChristinaAguileraRedman-Dirrty-stars2ya.mp3 | Christina Aguilera | 3,829KB | Audio | |
| laboo420-2@fileshare | Christmas Cartman O Holy Night.mp3 | Cartman | 2,123KB | Audio | Christmas Car |
| laboo420-2@fileshare | Christmas Music - Amy Grant - Silent Night.mp3 | Amy Grant | 2,658KB | Audio | |
| laboo420-2@fileshare | City High - City High Anthem.mp3 | City High | 4,993KB | Audio | |
| laboo420-2@fileshare | City High - What Would You 1Do.mp3 | City High | 5,020KB | Audio | V |
| laboo420-2@fileshare | City high feat.mp3 | 01-city_high_feat_eve-ca... | 3,659KB | Audio | |
| laboo420-2@fileshare | classical - Beetoven (Fur Elise Techno Remix).mp3 | Techno | 3,264KB | Audio | Beetoven (Fur E |
| laboo420-2@fileshare | Classical Techno Remixes - Mozart - Carmina.mp3 | Mozart | 5,936KB | Audio | Carmi |
| laboo420-2@fileshare | Cleaing out my closet.MP3 | Eminem | 4,099KB | Audio | Cl |
| laboo420-2@fileshare | Cletus T. Judd - Who Let The Cows Out.mp3 | Cletus T. Judd | 1,092KB | Audio | Whc |
| laboo420-2@fileshare | Club - Techno Trance - Euro Dance Mix.mp3 | Techno | 3,098KB | Audio | |
| laboo420-2@fileshare | Club Exit NYC Vol 3 - Hot Techno!!!!!!!!!!!.mp3 | Techno | 3,847KB | Audio | Hot Te |
| laboo420-2@fileshare | 98 degrees - Ill be home for christmas.mp3 | 98 Degrees | 1,693KB | Audio | Ill be |
| laboo420-2@fileshare | Cold - Stupid Girl (1).mp3 | Cold | 2,968KB | Audio | |
| laboo420-2@fileshare | comedy - 'Nsync - Die Die Die (Parody of Bye Bye Bye).mp3 | Nsync | 3,166KB | Audio | Die Die Die (Paro |
| laboo420-2@fileshare | Good Charlotte - Hold On.wma | Good Charlotte | 1,947KB | Audio | |
| laboo420-2@fileshare | Comedy - Dirty Blonde Jokes.mp3 | Dirty Joke Man | 620KB | Audio | |

3,655,515 users online, sharing 618,666,938 files (4,916,864 GB) | Not sharing any files

Found 890 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | [Download] | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Comedy - Dirty Blonde Jokes.mp3 | Dirty Joke Man | 620KB | Audio |
| laboo420-2@fileshare | Comedy - Jerky Boys - The wEED man.mp3 | The Jerky Boys | 1,522KB | Audio |
| laboo420-2@fileshare | Comedy - Penis Names.mp3 | Comedy | 845KB | Audio |
| laboo420-2@fileshare | Comedy - prank calls - Gay Bar.mp3 | Comedy | 2,526KB | Audio |
| laboo420-2@fileshare | Comedy - Sesame Street - High on Pot.mp3 | Seasame Street | 1,216KB | Audio |
| laboo420-2@fileshare | Comedy - The Pussy Song.mp3 | Comedy | 2,175KB | Audio |
| laboo420-2@fileshare | Comedy - Things NOT to say during Sex.mp3 | Donald Duck | 1,267KB | Audio |
| laboo420-2@fileshare | Comedy -Prank Phone Call - .mp3 | Prank Phone Calls | 1,448KB | Audio |
| laboo420-2@fileshare | COMEDY- CKY2K - Prank Calls - Kung Fu Classes.mp3 | CKY | 1,494KB | Audio |
| laboo420-2@fileshare | COMEDY- Jackie Martling- Jewish Jokes.mp3 | COMEDY | 1,200KB | Audio |
| laboo420-2@fileshare | Cool Regge - Remixes.mp3 | Dj Dicky | 3,531KB | Audio |
| laboo420-2@fileshare | Crystal Method - Magic Carpet Ride (Techno Remix).mp3 | Crystal Method | 3,198KB | Audio |
| laboo420-2@fileshare | Cyndi Lauper - Time After Time.mp3 | Cyndi Lauper | 3,302KB | Audio |
| laboo420-2@fileshare | kenny chesney - there goes my life.mp3 | Kenney Chesney | 1,952KB | Audio |
| laboo420-2@fileshare | Dance, House, Techno - Venga Boys- We Like To Party (Ex… | House | 4,798KB | Audio |
| laboo420-2@fileshare | Powerman 5000 - Venga Boys- Supernova.mp3 | Powerman 5000 | 2,092KB | Audio |
| 2 Users | Darude, Zombie Nation, Hani - Techno mix.mp3 | Techno | 15,470KB | Audio |
| laboo420-2@fileshare | Dashboard Confessionals - Screaming Infidelities.mp3 | Dashboard Confessionals | 3,328KB | Audio |
| laboo420-2@fileshare | DeadAIM.exe | JDennis.net | 646KB | Software |
| laboo420-2@fileshare | DIWALI RIDDIM - Sean Paul - Get Busy.mp3 | Sean Paul | 3,357KB | Audio |
| laboo420-2@fileshare | DJ Ballon - Techno Rocker.mp3 | Techno | 3,580KB | Audio |
| laboo420-2@fileshare | DJ Icey -Shadow Lounge Mix.mp3 | DJ Icey | 5,424KB | Audio |
| laboo420-2@fileshare | DJ Jurgen - Higher and higher.mp3 | Dj Jurgen | 3,071KB | Audio |
| laboo420-2@fileshare | dj mistik - tym afta tym.mp3 | Dj Mystik | 2,467KB | Audio |
| laboo420-2@fileshare | dj sammy - we're in heaven (techno remix).mp3 | Dj sammy | 3,634KB | Audio |
| laboo420-2@fileshare | dj tiesto - club exit 2001.mp3 | Dj Tiesto | 3,864KB | Audio |
| laboo420-2@fileshare | dj tiesto - Forbidden Paradise (Deep Trance Mix).mp3 | Dj Tiesto | 3,997KB | Audio |
| laboo420-2@fileshare | Dj Trashy-Close My Eyes.mp3 | astroline | 4,777KB | Audio |
| laboo420-2@fileshare | DJ Venom - Insomnia.mp3 | Techno - Trance - DJ Ven… | 1,872KB | Audio |

Found 890 files  |  3,655,515 users online, sharing 618,686,938 files (4,916,864 GB)  |  Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | DJ Venom - Insomnia.mp3 | Techno - Trance - DJ Ven… | 1,872KB | Audio |
| laboo420-2@fileshare | Dj Venom vs Poogie Bear-so happy together.mp3 | Dj Venom vs Poogie Bear | 4,348KB | Audio |
| laboo420-2@fileshare | Dj Venom- Insomnia Remix.mp3 | Dj Venom | 1,871KB | Audio |
| laboo420-2@fileshare | Don Chezina - Tra Tra Tra.mp3 | Don Chezina | 3,201KB | Audio |
| laboo420-2@fileshare | Dr and Em- Forgot About Dr .mp3 | Dr, Dre | 2,606KB | Audio |
| laboo420-2@fileshare | Drew and Mike - Arnold Schwarzenegger calls the Cantina… | Unknown | 1,427KB | Audio |
| laboo420-2@fileshare | Drew and Mike - Arnold Schwarzenegger calls the Cantina… | Unknown | 1,427KB | Audio |
| laboo420-2@fileshare | Drum_Bass - DJ Hype - Weird Energy.mp3 | DJ Hype | 4,557KB | Audio |
| laboo420-2@fileshare | Dude Wheres my Car - kick me when im high.mp3 | Good Charolette | 3,892KB | Audio |
| laboo420-2@fileshare | Dumbstruck - It's Not You, It's Me.mp3 | Dumbstruck | 2,732KB | Audio |
| laboo420-2@fileshare | Edwin Mccain - I'll Be.mp3 | Edwin Mccain | 4,171KB | Audio |
| laboo420-2@fileshare | Eminem - 07 - Soldier - music-madness.mp3 | Eminem | 2,208KB | Audio |
| laboo420-2@fileshare | Eminem - 12 - My Dad's Gone Crazy.mp3 | Eminem | 4,173KB | Audio |
| laboo420-2@fileshare | Eminem - Without Me (dirty).mp3 | 02-eminem-without_me_(… | 2,301KB | Audio |
| laboo420-2@fileshare | Eminem Spoof - Hi, My Name Is (Darth Vader) FUNNY1.mp3 | Eminem | 711KB | Audio |
| laboo420-2@fileshare | Eminem- My Name is What.mp3 | Eminem | 2,105KB | Audio |
| laboo420-2@fileshare | Evanescence - 2002 Demos - 02 - Wake Me Up Inside (1)… | Evanessence | 3,718KB | Audio |
| laboo420-2@fileshare | Evanescence - Bring Me To Life - Daredevil 2 (1).mp3 | Evanessence - Bring Me T… | 3,708KB | Audio |
| laboo420-2@fileshare | Evanescence - Forgive me.mp3 | Evanessence | 2,841KB | Audio |
| laboo420-2@fileshare | EVANESSENCE--BRING ME TO LIFE.mp3 | EVANESSENCE | 3,567KB | Audio |
| laboo420-2@fileshare | Eve Feat Alicia Keys -Gangsta-Love(1)(2)(1).mp3 | Eve Feat Alicia Keys | 3,707KB | Audio |
| laboo420-2@fileshare | FaBuLoUs Ft LiL mO-cAnT LeT u Go (f).mp3 | Fabolous feat. Lil Mo | 3,552KB | Audio |
| laboo420-2@fileshare | Fabulous ft tamia.mp3 | Fabolous Ft. TAmia | 6,442KB | Audio |
| laboo420-2@fileshare | Faith Hill - Cry.mp3 | Faith Hill | 3,727KB | Audio |
| laboo420-2@fileshare | Field Mob - Sick Of Being Lonely.mp3 | 03-field_mob-sick_of_bei… | 3,591KB | Audio |
| laboo420-2@fileshare | Evanescence - My Immortal(1).wma | evanessence | 2,604KB | Audio |
| laboo420-2@fileshare | G-Unit - Wanna Get To Know You.mp3 | G-Unit | 3,136KB | Audio |
| laboo420-2@fileshare | Frankie J - Don't Want To Try.MP3 | Frankie J | 3,866KB | Audio |
| laboo420-2@fileshare | g.c. life styles of the rich and famouse.mp3 | artist | 3,985KB | Audio |

Found 890 files | 3,655,515 users online, sharing 618,686,938 files (4,916,864 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Download | Traffic | Shop | Tell A Friend

New search    Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| laboo420-2@fileshare | g.c.-life styles of the rich and famouse.mp3 | artist | 2,985KB | Audio | Lifestyles Of Th |
| laboo420-2@fileshare | 02 - G-Unit - Poppin' Them Thangs.mp3 | G-Unit | 5,647KB | Audio | |
| laboo420-2@fileshare | ginuwine - the life - 04 - Differences (1) (1).mp3 | Ginuwine | 2,079KB | Audio | |
| laboo420-2@fileshare | Give me the light.mp3 | Unknown | 3,433KB | Audio | |
| laboo420-2@fileshare | gm- Wyclef Jean-Two Wrongs.MP3 | New Artist | 3,589KB | Audio | Wyclef |
| laboo420-2@fileshare | Good Charlet - Little Things (1).mp3 | Good Charlotte | 1,588KB | Audio | |
| laboo420-2@fileshare | Good Charlette Whatever.mp3 | Good Charlotte | 1,600KB | Audio | |
| laboo420-2@fileshare | Good Charlotte- The Click.mp3 | Good Charolette | 3,380KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - Time After Time.mp3 | Good Charlotte | 1,654KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - 07 - Seasons.mp3 | Good Charlotte | 3,066KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - Click (1).mp3 | Good Charlotte | 2,714KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - Complicated.mp3 | Good Charlotte | 2,893KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - Day that I die.mp3 | no artist | 3,226KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - Emotionless.mp3 | good charlotte | 3,848KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - Festival Song.mp3 | Good Charlotte | 2,815KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - I Want Candy.mp3 | Good Charlotte | 1,451KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - Lifestyles of the Rich and The Famous.m... | Unknown | 33,662KB | Video | Good Charlotte - Lifestyles of the |
| laboo420-2@fileshare | good charlotte - Not Another Teen Movie Soundtrack.mp3 | Good Charlotte | 2,579KB | Audio | Not Another Teer |
| laboo420-2@fileshare | Good Charlotte - Superman Can't Walk (1).mp3 | Good Charlotte | 3,779KB | Audio | Su |
| laboo420-2@fileshare | Good Charlotte - The Anthem - ILuvTSL.mpg | Unknown | 29,512KB | Video | Good Charlotte - The |
| laboo420-2@fileshare | good charlotte - the young and the hopeless - 01 - intro.m... | good charlotte | 1,752KB | Audio | |
| laboo420-2@fileshare | Good Charlotte - The Young And The Hopeless - 05 - My Ol... | good charlotte | 2,592KB | Audio | |
| laboo420-2@fileshare | good charlotte - the young and the hopeless - 06 - boys a... | Unknown | 2,892KB | Audio | good charlotte - the young and the |
| laboo420-2@fileshare | good charlotte - the young and the hopeless - 06 - boys a... | Unknown | 2,892KB | Audio | good charlotte - the young and the |
| laboo420-2@fileshare | good charlotte - the young and the hopeless - 07 - bloody ... | good charlotte | 3,714KB | Audio | |
| laboo420-2@fileshare | good charlotte - the young and the hopeless - 09 - riot girl... | good charlotte | 2,196KB | Audio | |
| laboo420-2@fileshare | good charlotte - the young and the hopeless - 10 - say any... | Good Charlotte | 4,160KB | Audio | |
| laboo420-2@fileshare | good charlotte - the young and the hopeless - 14 - moving... | good charlotte | 3,250KB | Audio | |
| laboo420-2@fileshare | Good Charlotte- Change.mp3 | Good Charlotte | 3,551KB | Audio | |

Found 890 files.    3,655,515 users online, sharing 618,686,938 files (4,916,864 GB).    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Web

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Good Charlotte- Change.mp3 | Good Charlotte | 3,551KB | Audio |
| laboo420-2@fileshare | good charlotte-screamer.mp3 | lora | 3,382KB | Audio |
| laboo420-2@fileshare | good charolette- Hold On.mp3 | good charlotte | 3,896KB | Audio |
| laboo420-2@fileshare | Good Times_Holiday Styles(The Lox).mp3 | Unknown | 3,498KB | Audio |
| laboo420-2@fileshare | GOOD_CHARLOTTE-wondering-.mp3 | Good Charlotte | 2,898KB | Audio |
| laboo420-2@fileshare | Grow Up.mp3 | Simple Plan | 2,300KB | Audio |
| laboo420-2@fileshare | Happy Hardcore - Gompie - Who The Fuck Is Alice (Wonder... | Happy Hardcore | 4,590KB | Audio |
| laboo420-2@fileshare | Happy Hardcore - Knight Rider Theme (Techno Remix) (1).... | Techno | 3,036KB | Audio |
| laboo420-2@fileshare | HAPPYH~1.MP3 | 80s Cartoon Theme Songs | 1,462KB | Audio |
| laboo420-2@fileshare | Hilary Duff - Why Not (1).mp3 | hilary duff | 2,850KB | Audio |
| laboo420-2@fileshare | Hoobastank - Crawling In The Dark.mp3 | Hoobastank | 2,733KB | Audio |
| laboo420-2@fileshare | Ice Cube - You Can Do It.mp3 | Ice Cube | 4,037KB | Audio |
| laboo420-2@fileshare | ignition (remix).mp3 | Unknown | 3,208KB | Audio |
| laboo420-2@fileshare | iMX - 02 - First Time.mp3 | iMX | 4,158KB | Audio |
| laboo420-2@fileshare | IMX - Stay The Night.mp3 | IMX | 3,411KB | Audio |
| laboo420-2@fileshare | Insane Clown Possy_ODB - Bitches.mp3 | ICP_ODB | 4,258KB | Audio |
| laboo420-2@fileshare | Its_About_Time.mp3 | Lillix | 3,458KB | Audio |
| laboo420-2@fileshare | Ivy Queen No te vayas.mp3 | Unknown | 4,002KB | Audio |
| laboo420-2@fileshare | Ja Rule - Loose Change (Aftermath Diss).mp3 | Ja Rule | 2,700KB | Audio |
| laboo420-2@fileshare | Jason Mraz-The Remedy (studio).MP3 | Jason Mraz | 2,006KB | Audio |
| laboo420-2@fileshare | jay-z_and_r_kelly-the_best_of_both_worlds-02-honey.mp3 | Honey (Power 99 Radio R... | 2,824KB | Audio |
| laboo420-2@fileshare | Jenifer Lopez - tonight (Dance remix).mp3 | Jenifer Lopez | 4,564KB | Audio |
| laboo420-2@fileshare | Jewel-intuition-entire.mp3 | Jewel | 3,603KB | Audio |
| laboo420-2@fileshare | Jimmy Eat World - Sweetness.mp3 | Jimmy Eat World | 4,923KB | Audio |
| laboo420-2@fileshare | Jimmy Eat World - The Middle.mp3 | Jimmy Eat World | 3,738KB | Audio |
| laboo420-2@fileshare | Jock Jams- Cotten Eyed Joe.mp3 | Red Nex | 4,229KB | Audio |
| laboo420-2@fileshare | Justin Case - Dont Cry For Us.mp3 | Justin Case | 3,487KB | Audio |
| laboo420-2@fileshare | jzc-04-clipse-grindin_reggae_remix-cfr.mp3 | Reggae | 3,621KB | Audio |
| laboo420-2@fileshare | Keep Your Receipt.wma | Unknown | 1,310KB | Audio |

Found 890 files | 3,655,515 users online, sharing 618,686,938 files (4,916,864 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Keep Your Receipt.wma | Unknown | 1,310KB | Audio |
| laboo420-2@fileshare | kelis-milkshake.mp3 | Kelis | 2,922KB | Audio |
| laboo420-2@fileshare | Kenny Rogers_Dolly Parton-I Believe In Santa Claus.mp3 | Kenny Rogers | 3,238KB | Audio |
| laboo420-2@fileshare | Killer Mike - ADIDAS (ft.mp3 | Killa Mike Feat Big Boi | 3,328KB | Audio |
| laboo420-2@fileshare | KJ-52 - Dear Slim.mp3 | Various Artists | 4,147KB | Audio |
| laboo420-2@fileshare | KRS One Vs. Eminem - Freestyle.mp3 | Eminem Vs. KRS One(Fre... | 2,815KB | Audio |
| laboo420-2@fileshare | Kylie Minouge - Outta my Head.mp3 | Kylie Minogue | 3,594KB | Audio |
| laboo420-2@fileshare | Latin - Don Chezina- Tra Tra Tra (Remix) (2).mp3 | Don Chezina | 5,642KB | Audio |
| laboo420-2@fileshare | less than jake-anthem-shes gonna break soon.mp3 | less than jake | 2,771KB | Audio |
| laboo420-2@fileshare | Lifehouse - Hangin By A Moment.mp3 | Lifehouse | 3,392KB | Audio |
| laboo420-2@fileshare | Lil Bow Wow_Fabolous - Basketball.mp3 | Lil Bow Wow | 2,973KB | Audio |
| laboo420-2@fileshare | Lil Bow Wow - Take Ya Home.MP3 | Lil Bow Wow | 1,631KB | Audio |
| laboo420-2@fileshare | lil flip - this is the way we ball (1).mp3 | Lil' Flip | 2,611KB | Audio |
| laboo420-2@fileshare | Lil' Jon_The Eastside Boyz - Kings of Crunk - 19 - Get Low... | Lil' Jon_The Eastside Bo... | 2,917KB | Audio |
| laboo420-2@fileshare | LimpBizkit - Eat You Alive.mp3 | LimpBizkit | 5,222KB | Audio |
| laboo420-2@fileshare | limp_bizkit_-_eat_you_alive-jrod-ucv.mpeg | Unknown | 1,729KB | Video |
| laboo420-2@fileshare | Linkin Park - Crawling.mp3 | Linkin Park | 47,387KB | Audio |
| laboo420-2@fileshare | Linkin Park - Faint.mp3 | Linkin Park | 3,328KB | Audio |
| laboo420-2@fileshare | linkin park - in the end rap remix.mp3 | Linkin park | 2,549KB | Audio |
| laboo420-2@fileshare | Linkin Park - Somewhere I Belong.mp3 | Linkin Park | 3,300KB | Audio |
| laboo420-2@fileshare | LINKIN PARK-METEORA-somewhere i belong.mp3 | LINKIN PARK | 3,366KB | Audio |
| laboo420-2@fileshare | Linking Park - End.mp3 | Linkin Park | 1,687KB | Audio |
| laboo420-2@fileshare | liveonrealise-iam afraid of brintney spears.MP3 | New Artist (704) | 2,535KB | Audio |
| laboo420-2@fileshare | Los Del Rio - Macarana.mp3 | Los Del Rios | 1,287KB | Audio |
| laboo420-2@fileshare | Ludacris - Act A Fool.MP3 | Ludacris | 3,657KB | Audio |
| laboo420-2@fileshare | Ludacris feat.mp3 | Ludacris | 4,167KB | Audio |
| laboo420-2@fileshare | Ludacris - Stand Up.mp3 | Ludicris | 2,171KB | Audio |
| laboo420-2@fileshare | Ludacris- Whats Your Fantasy.mp3 | Ludacris Feat. Shawna | 3,525KB | Audio |

Found 890 files | 3,655,515 users online, sharing 618,686,938 files (4,916,864 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Ludacris- Whats Your Fantasy.mp3 | Ludacris Feat. Shawna | 4,308KB | Audio |
| laboo420-2@fileshare | LUDICRIS-Move Bitch - (featuring Mystikal_I-20).mp3 | Ludacris | 4,232KB | Audio |
| laboo420-2@fileshare | Lukas_Sebastian.mpg | Unknown | 98,253KB | Video |
| laboo420-2@fileshare | Lumidee - Never leave you.mp3 | LUMIDEE | 2,738KB | Audio |
| laboo420-2@fileshare | Mad Playlist.kpl | Scratch and Burn | 5KB | |
| laboo420-2@fileshare | Mad TV - Lick My Baby Back Behind (Britney Spears parody).. | Britney Spears | 1,272KB | Audio |
| laboo420-2@fileshare | madonna - marican dream.mp3 | Madonna | 4,181KB | Audio |
| laboo420-2@fileshare | Madonna - Santa Baby.mp3 | Madonna | 2,422KB | Audio |
| laboo420-2@fileshare | many men-50 cent-(No Loops).mp3 | 50 Cent | 2,742KB | Audio |
| laboo420-2@fileshare | Margaret Cho - White Girls (1).mp3 | Margaret Cho | 1,060KB | Audio |
| laboo420-2@fileshare | Mariah Carey - Have Yourself A Merry Little Christmas.mp3 | Mariah Carey | 3,384KB | Audio |
| laboo420-2@fileshare | Mario - Just A Friend (2000).MP3 | Mario | 3,327KB | Audio |
| laboo420-2@fileshare | Master P. - Gameface 13 Rock It.mp3 | Master P. | 3,623KB | Audio |
| laboo420-2@fileshare | Matchbox Twenty - Unwell.mp3 | Matchbox Twenty | 3,576KB | Audio |
| laboo420-2@fileshare | Matt Skiba - Good Fucking Bye.mp3 | Matt Skiba | 2,376KB | Audio |
| laboo420-2@fileshare | Med-DANCE- ATC - Around The World La La La La (Club... | Unknown | 5,284KB | Audio |
| laboo420-2@fileshare | Meet You There.MP3 | Simple Plan | 1,728KB | Audio |
| laboo420-2@fileshare | MegaMan Theme - Techno Remix (Trance).mp3 | artist | 4,726KB | Audio |
| laboo420-2@fileshare | Melanie C - I Turn To You (Techno Version).mp3 | Techno | 5,501KB | Audio |
| laboo420-2@fileshare | Metallica - Disposable Heroes.mp3 | Metallica | 7,762KB | Audio |
| laboo420-2@fileshare | Michael Jackson- Billie Jean (Techno Remix).mp3 | Techno | 6,241KB | Audio |
| laboo420-2@fileshare | Michelle Branch - All You Wanted.mp3 | michellebranch | 3,366KB | Audio |
| laboo420-2@fileshare | Michelle Branch - Are You Happy Now (2).mp3 | Artist | 3,618KB | Audio |
| laboo420-2@fileshare | Missy Eliot - Work it.MP3 | Missy Eliot | 4,117KB | Audio |
| laboo420-2@fileshare | Missy-Gossip Folk.mpg | Unknown | 5,553KB | Video |
| laboo420-2@fileshare | moby - bittersweet symphony (techno remix).mp3 | Cruel Intentions soundtra... | 3,370KB | Audio |
| laboo420-2@fileshare | Movie Quotes - Austin Powers - Dr Evil  Zippit Speech.mp3 | Movie Quotes | 647KB | Audio |
| laboo420-2@fileshare | Movie Quotes - Office Space - not gonna go any more.mp3 | Office Space | 1,574KB | Audio |
| laboo420-2@fileshare | Movie Quotes - Office Space -Milton - Paycheck.MP3 | Movie Quotes | 854KB | Audio |

Found 890 files     3,655,515 users online, sharing 618,686,938 files (4,916,864 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Movie Quotes - Office Space -Milton - Paycheck.MP3 | Movie Quotes | 854KB | Audio |
| laboo420-2@fileshare | Movie Quotes - Office Space.mp3 | Movie Quotes | 764KB | Audio |
| laboo420-2@fileshare | Movie Quotes - Simpsons - Springfield Police At McDonald's... | The Simpsons | 685KB | Audio |
| laboo420-2@fileshare | Movie Quotes- Dogma - Silent Bob and Jay at restuarant..... | Movie Quotes | 898KB | Audio |
| laboo420-2@fileshare | Movie Quotes- Fight Club Rules.mp3 | Movie Quotes | 609KB | Audio |
| laboo420-2@fileshare | Movies - Happy Gilmore - You Suck, You Jackass.wav | CKY | 1,071KB | Audio |
| laboo420-2@fileshare | mozart - 7th symphony.mp3 | Mozart | 2,252KB | Audio |
| laboo420-2@fileshare | Mozart - Fur Elise.mp3 | Mozart | 3,344KB | Audio |
| laboo420-2@fileshare | Mr.Biggs -Busted.mp3 | Isley Brothers | 3,723KB | Audio |
| laboo420-2@fileshare | mrhankey.mp3 | The Citizens of South Park | 664KB | Audio |
| laboo420-2@fileshare | MTV Jackass - Wee Man's Theme Song.mp3 | Theme | 888KB | Audio |
| laboo420-2@fileshare | Mulan Rougue - I hope you don't mind.mp3 | Mulan Rougue | 3,418KB | Audio |
| laboo420-2@fileshare | music - Dance Club Mixes.mp3 | Techno | 7,374KB | Audio |
| laboo420-2@fileshare | Mya-My Love is Like Wo.mpg | Unknown | 39,807KB | Video |
| laboo420-2@fileshare | Nas - One Love.mp3 | Nas | 5,097KB | Audio |
| laboo420-2@fileshare | Nelly - Country Grammar.mp3 | Nelly | 4,049KB | Audio |
| laboo420-2@fileshare | Nelly - Its Gettin Hot In Here.mp3 | Nelly | 3,668KB | Audio |
| laboo420-2@fileshare | nelly - number one (2) (1).mp3 | Nelly | 3,885KB | Audio |
| laboo420-2@fileshare | Nelly - Shake Your Tailfeather.mp3 | Nelly/P. Diddy/Murphy Lee | 4,556KB | Audio |
| laboo420-2@fileshare | Nelly and Jagged Edge - Where Da Party At.mp3 | Nelly Feat. Jagged Edge | 4,544KB | Audio |
| laboo420-2@fileshare | New - Timbaland and Magoo - Roll Out ( Dirty ).mp3 | New | 4,294KB | Audio |
| laboo420-2@fileshare | New Found Glory-Understatement.mp3 | New Found Glory | 3,022KB | Audio |
| laboo420-2@fileshare | New Found Glory _01_My Friends Over You.mp3 | New Found Glory | 3,426KB | Audio |
| laboo420-2@fileshare | Newfound Glory - All or Nothing.mp3 | New Found Glory | 3,544KB | Audio |
| laboo420-2@fileshare | Newfound Glory - Glory of Love.mp3 | New Found Glory | 3,113KB | Audio |
| laboo420-2@fileshare | Newsong - christmas shoes.mp3 | Newsong | 1,131KB | Audio |
| laboo420-2@fileshare | NFL ! XFL Football - theme (Techno Remix).mp3 | Techno | 2,228KB | Audio |
| laboo420-2@fileshare | nickleback someday.mp3 | Nickelback | 3,206KB | Audio |
| laboo420-2@fileshare | Nivea ft. Jagged Edge - Dont Mess With My Man.mp3 | Nivea ft. Jagged Edge | 3,357KB | Audio |

Found 890 files | 3,655,515 users online, sharing 618,686,938 files (4,916,864 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| laboo420-2@fileshare | Nivea ft. Jagged Edge - Dont Mess With My Man.mp3 | Nivea ft. Jagged Edge | 3,367KB | Audio |
| laboo420-2@fileshare | Nsync - I drive my self crazy.mp3 | NSync | 3,746KB | Audio |
| laboo420-2@fileshare | nsync - thats when ill stop loving you.mp3 | NSYNC | 4,556KB | Audio |
| laboo420-2@fileshare | nsync and nelly - girlfriend.mp3 | nsync and nelly | 4,250KB | Audio |
| laboo420-2@fileshare | Nsync Tellme Baby.mp3 | Nsync | 3,366KB | Audio |
| laboo420-2@fileshare | Nsync- Digital Get Down.mp3 | Nsync | 4,113KB | Audio |
| laboo420-2@fileshare | O Holy Night -Point of Grace.mp3 | Point Of Grace | 3,903KB | Audio |
| laboo420-2@fileshare | Offspring - Why Dont You Get A Job.mp3 | The Offspring | 2,694KB | Audio |
| laboo420-2@fileshare | Ohhh_Taiban_64[1].mp3 | Unknown | 948KB | Audio |
| laboo420-2@fileshare | One Mic.MP3 | Nas | 1,829KB | Audio |
| laboo420-2@fileshare | Our Lady Peace - Somewhere Out There (1) (1).mp3 | Our Lady Peace | 4,226KB | Audio |
| laboo420-2@fileshare | P.I.M.P.-50 Cent-Get Rich Or Die Tryin.mp3 | 50 Cent | 5,517KB | Audio |
| laboo420-2@fileshare | Parodies - Wierd Al Yankovic - My Fart Will Go On.MP3 | Weird Al Yankovich | 1,038KB | Audio |
| laboo420-2@fileshare | Parody (Kermit, Big Bird_Elmo) - Stoned On Sesame Stree... | Parody (Kermit, Big Bird ... | 2,370KB | Audio |
| laboo420-2@fileshare | Pato Banton - Go Pato.mp3 | Pato Banton | 4,289KB | Audio |
| laboo420-2@fileshare | pd 06 - Diddy ( P. Diddy_Neptunes).mp3 | P Diddy and the Bad Boy ... | 3,668KB | Audio |
| laboo420-2@fileshare | Pink - 07 - Family portrait .mp3 | Pink. | 2,316KB | Audio |
| laboo420-2@fileshare | PLUR_ Techno DJ FBf- Sweet Dreams.mp3 | Techno | 4,884KB | Audio |
| laboo420-2@fileshare | POD-Youth Of The Nation.mp3 | P.O.D. | 3,040KB | Audio |
| laboo420-2@fileshare | pot comedy POTHEAD ANTHEM.mp3 | Pot Heads | 1,038KB | Audio |
| laboo420-2@fileshare | project pat - chicken head (feat 3 6 mafia).mp3 | Three Six Mafia | 3,542KB | Audio |
| laboo420-2@fileshare | puddle of mud 05. Blurry.mp3 | Puddle of Mudd | 4,749KB | Audio |
| laboo420-2@fileshare | Puddle Of Mudd - She Fucking Hates Me - Come Clean.mp3 | Puddle of Mudd | 2,604KB | Audio |
| laboo420-2@fileshare | Pumpitup.mp3 | Joe Budden | 3,894KB | Audio |
| laboo420-2@fileshare | Punk Covers - Brown Eyed Girl (MXPX) (1).mp3 | Punk Covers | 3,080KB | Audio |
| laboo420-2@fileshare | R Kelly - I Believe I Can Fly.mp3 | R Kelly | 5,033KB | Audio |
| laboo420-2@fileshare | R.Kelly_Thoia Thoing.mp3 | R Kelly | 3,488KB | Audio |
| laboo420-2@fileshare | Ramstein - Duhast.mp3 | Rammstein | 3,193KB | Audio |
| laboo420-2@fileshare | Rap Eminem - 8 Mile Freestyle Battles.mp3 | Eminem | 7,958KB | Audio |

Found 890 files | 3,655,515 users online, sharing 618,686,938 files (4,916,864 GB) | Not sharing any files