UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

'04 ... A 9: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>                    Plaintiffs,<br><br>v.<br><br>LISA HAGERTY,<br><br>                    Defendant. | ) CIVIL ACTION No.<br>)<br>)<br>)<br>)<br>) **04-40167**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff MAVERICK RECORDING COMPANY is a joint venture between Maverick Records, which is not publicly traded, and Warner Bros. Records Inc., whose parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff ARISTA RECORDS, INC. is a unit of Bertelsmann, Inc., which is not publicly traded.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff ATLANTIC RECORDING CORPORATION's parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff BMG MUSIC is a unit of Bertelsmann, Inc. and Bertelsmann AG, neither of which is publicly traded.

MAVERICK RECORDING CO.; ARISTA RECORDS, INC.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORP.; and BMG MUSIC

By their attorneys,

DATED: _____ 8 26 04

By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100