AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

SUMMONS IN A CIVIL CASE

MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,

CASE NUMBER:

**04-40167 FDS**

V.

LISA HAGERTY

TO:
LISA HAGERTY
5 Einhord Road #2
Worcester, MA 01609

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    COLIN J. ZICK
    GABRIEL M. HELMER
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    PHONE: (617) 832-1000
    FAX:   (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. **TONY ANASTAS**

CLERK                                                                      DATE

(BY) DEPUTY CLERK

AO 440 Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Ch(

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

09/02/2004

I hereby certify and return that on 09/01/2004 at 10:54am I served a true and attested copy of the Summons, Complaint for Copyright infringement, Notice, Exhibits A and B in this action in the following manner: To wit, by leaving at the last and usual place of abode of LISA HAGERTY at 5 EINHORN RD #2, WORCESTER, MA and by mailing first class mail to the above address on 09/02/2004. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $54.20

Deputy Sheriff. Kenneth R Hannam

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                          Signature of Server

                                            _____
                                            Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.