UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>                 Plaintiffs,<br><br>v.<br><br>LISA HAGERTY<br><br>                 Defendant. | CIVIL ACTION No. 04-40167-FDS<br><br>The Hon. F. Dennis Saylor |

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Colin J. Zick ¶ 6.

Plaintiffs served the Summons and Complaint on Defendant on September 1, 2004, by abode service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Plaintiffs have sent Defendant letters on two separate occasions urging Defendant to file a response and advising Defendant that Plaintiffs intended to seek a default judgment. Id. ¶ 4. Plaintiffs granted Defendant an extension up to September 28, 2004 to respond to the Complaint.

That extension has expired.  Id. ¶ 5.  Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service.  Id. ¶ 7-8.

MAVERICK RECORDING CO.; ARISTA RECORDS, INC.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORP.; and BMG MUSIC

By their attorneys,

DATED: November 19, 2004

By: /s/ Gabriel M. Helmer
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100