UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>LISA HAGERTY<br><br>　　　　　　　Defendant. | CIVIL ACTION No. 04-40167-FDS<br><br>The Hon. F. Dennis Saylor |

## **DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Lisa Hagerty, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Lisa Hagerty has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Lisa Hagerty hereby is entered.

DATED: _____    By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk