UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Maverick Recording Company, et al.,**
       Plaintiff,

                                         CIVIL ACTION
                                         NO.04- 40167-FDS

      V.

**Lisa Hagerty,**
       Defendant,

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Maverick Recording, for an order of default for failure of the Defendant, Lisa Hagerty, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 22nd day of December 2004.

                                          TONY ANASTAS, CLERK

                                    By:  <u>/s/ Martin Castles</u>
                                             Deputy Clerk

**Notice mailed to: all counsel/parties**
(default.not - 10/96)                                                                              [ntcdflt.]