UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>LISA HAGERTY,<br><br>　　　　　　　Defendant. | CIVIL ACTION No. 04-40167-FDS<br><br>The Hon. F. Dennis Saylor |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT LISA HAGERTY**

Plaintiffs apply for entry of default judgment against Defendant Lisa Hagerty ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Local Rules of the District of Massachusetts. This application is based on the Memorandum of Law filed in support of this Motion, the attached declaration of counsel, the pleadings and files in this action, and such additional argument and evidence that may be presented at or before any hearing that the Court may order on this Motion. In particular, Plaintiffs state as follows:

1. The Clerk of this Court has entered the default of Defendant.

2. Defendant has not appeared in this action.

3. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person, or in active military service.

The judgment sought is the minimum statutory damages provided by Section 504 of the Copyright Act ($750) for each of the infringements alleged in the complaint, injunction pursuant to Section 502 of the Copyright Act, and costs, pursuant to Section 505 of the Copyright Act. Accordingly, Plaintiffs respectfully request that the Court enter default judgment in favor of Plaintiffs and against the Defendant.

                MAVERICK RECORDING CO.; ARISTA RECORDS, INC.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORP.; and BMG MUSIC

By their attorneys,

DATED: January 21, 2005      By:    **/s/ Gabriel M. Helmer**
      Colin J. Zick (BBO No. 556538)
      Gabriel M. Helmer (BBO No. 652640)
      FOLEY HOAG LLP
      155 Seaport Boulevard
      Boston, MA 02210-2600
      Phone: (617) 832-1000
      Fax:   (617) 832-7000

<u>Of Counsel</u>:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:   (310) 312-3100

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of January, 2005, I caused a true copy of the above document to be served upon Defendant by mail.

                /s/ Gabriel M. Helmer