Case 4:04-cv-40167-FDS   Document 11

United States District Court
District of Massachusetts
Central Division

| | |
|---|---|
| Maverick Recording Company, a California joint venture; Arista Records, Inc., a Delaware corporation; UMG Recordings, Inc., a Delaware corporation; Warner Bros. Records Inc., a Delaware corporation, Atlantic Recording Corporation, a Delaware corporation; and BMG Music, a New York general partnership,<br>               Plaintiffs,<br>v.<br><br>Lisa Hagearty<br>               Defendant. | CIVIL ACTION No. 04-40167-FDS<br><br>The Hon. F. Dennis Saylor |

**Request to Vacate the Default Judgment**

I, Lisa Hagearty, am requesting to respond late to the above motion. I am requesting to vacate the default judgment. This default judgment was not brought to my attention until 7/19/2006. It was my understanding this issue was taken care of, resolved many many months ago.

When this complaint was first introduced I hired an attorney, Robert Creasia out of Milford to handle the case. After months of corresponding Attorney Creasia stated the issue was dealt with.

Since receiving the 7/19/06 notice of default I've tried contacting Attorney Creasia. His phone is no longer in use and his office is not there any longer.

It is not my nature to let issues such as these boil over, I like to handle issues as they arise. That is what I thought I did.

Unfortunately, I entrusted the issue to someone else who failed to follow through.

I deeply apologize for that.

My intent is to argue the lawsuit at hand. It is my argument that my 14 year old daughter was able to downloaded music from the internet because there were no parental blocks available. I have always been a conscious parent around the internet and utilized all

parental blocks available so my children would not have access to certain things on the internet including illegal websites.

My 14 year old daughter was in fact able to download the illegal music freely.

The music company stated that they had warned my 14 year old daughter not to download the music through e-mails. The problem was the e-mail address was hers not mine. So unfortunately I was unaware of the activity.

Since this has happened my family has been deprived of the internet at home. I no longer allow internet in my home. This is a very big deal for my children and myself because some things in life are only accessible via the internet. Also loosing the tool of knowledge has impacted my family greatly. However due to this experience I have decided alternative methods will need to be used. I am a single mother of three children and can not risk another incident like this.

_____  
Lisa Hagearty

_8/30/06_  
Date