UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
MAVERICK RECORDING CO.                      )
et al.                                      )
                                            )
    Plaintiffs,                            )
                                            )
v.                                          )   Civil Action No.  04-cv-40167-FDS
                                            )
LISA HAGERTY                                )
    Defendant.                             )
_____)

### **APPEARANCE OF NANCY M. CREMINS ON BEHALF OF PLAINTIFFS**

    Nancy M. Cremins, of Robinson & Cole, LLP, hereby enters her appearance in this action on behalf of all Plaintiffs.

    Respectfully submitted,

    **Maverick Recording Company,**
    **Arista Records, Inc.,**
    **UMG Recordings, Inc.,**
    **Warner Bros. Records Inc.,**
    **Atlantic Recording Corporation and**
    **BMG Music**

    By their attorneys

       /s/ Nancy M. Cremins
    Nancy M. Cremins (BBO #658932)
    ROBINSON & COLE LLP
    One Boston Place
    Boston, MA  02108-4404
    (617) 557-5900

Dated: September 11, 2006

BOST1-897595-1

## CERTIFICATE OF SERVICE

      I, Nancy M. Cremins, hereby certify that on September 11, 2006, in addition to electronically filing the foregoing, I caused a copy of the foregoing to be mailed by first class mail to the Defendant.

Lisa Hagerty
5 Einhord Road #2
Worcester, MA 01609

                                          /s/ Nancy M. Cremins
                                          Nancy M. Cremins