UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
MAVERICK RECORDING CO.                      )
et al.                                      )
                                            )
    Plaintiffs,                             )
                                            )
v.                                          )   Civil Action No.  04-cv-40167-FDS
                                            )
LISA HAGERTY                                )
    Defendant.                              )
_____)

### APPEARANCE OF JOHN R. BAUER ON BEHALF OF PLAINTIFFS

    John R. Bauer, of Robinson & Cole, LLP, hereby enters his appearance in this action on behalf of all Plaintiffs.

    Respectfully submitted,

    **Maverick Recording Company,**
    **Arista Records, Inc.,**
    **UMG Recordings, Inc.,**
    **Warner Bros. Records Inc.,**
    **Atlantic Recording Corporation and**
    **BMG Music**

    By their attorneys

    /s/  John R. Bauer
    John R. Bauer, BBO # 630472
    ROBINSON & COLE LLP
    One Boston Place
    Boston, MA  02108-4404
    (617) 557-5900

Dated: September 11, 2006

BOST1-897601-1

## **CERTIFICATE OF SERVICE**

      I, John R. Bauer, hereby certify that on September 11, 2006, in addition to electronically filing the foregoing, I caused a copy of the foregoing to be mailed by first class mail to the Defendant.

Lisa Hagerty  
5 Einhord Road #2  
Worcester, MA 01609

                              /s/  John R. Bauer  
                              Nancy M. Cremins