UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>                      Plaintiffs,<br><br>v.<br><br>LISA HAGEARTY,<br><br>                      Defendant. | CIVIL ACTION No. 04-40167 FDS<br><br>The Hon. F. Dennis Saylor |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), Colin J. Zick and Gabriel M. Helmer of Foley Hoag LLP respectfully move to withdraw their appearances as counsel for the plaintiffs in the above-captioned matter. In support of this motion, the moving counsel state that John R. Bauer and Nancy M. Cremins of Robinson & Cole LLP have entered appearances as counsel for plaintiffs and no prejudice will befall any party in this case as a result of the requested withdrawal. Attorneys Bauer and Cremins continue to represent plaintiffs in this matter.

- 2 -

Respectfully submitted,

**/s/ Gabriel M. Helmer**
Colin J. Zick  (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02210
(617) 832-1000

| **CERTIFICATE OF SERVICE** | **CERTIFICATE OF COUNSEL** |
|---|---|
| I hereby certify that on the 12th day of September, 2006, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System. | Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that the moving counsel have attempted to consulted with defendant regarding the requested withdrawal and has been unable to reach Ms. Hagearty by telephone after multiple attempts. |
| **/s/ Gabriel M. Helmer**<br>Gabriel M. Helmer | **/s/ Gabriel M. Helmer**<br>Gabriel M. Helmer |