# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK RECORDING CO. )<br>et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>LISA HAGEARTY )<br>    Defendant. )<br>) | Civil Action No.  04-cv-40167-FDS |

## WITHDRAWAL OF REQUEST TO VACATE DEFAULT JUDGMENT

Defendant Lisa Hagearty hereby withdraws her Request to Vacate the Default Judgment filed with the Court on September 5, 2006.

Respectfully submitted,

LISA HAGEARTY

*In Propria Persona*
5 Einhord Road #2
Worcester, MA 01609

Dated: 10/19/06

## CERTIFICATE OF SERVICE

I, hereby certify that on this _19_ day of _October_ 2006, I served a true copy of the foregoing document via First Class Mail upon the following:

Nancy M. Cremins, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108

_Lisa Hagearty_
Lisa Hagearty