UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>LISA HAGEARTY,<br><br>        Defendant. | CIVIL ACTION No. 04-40167-FDS |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1. Plaintiffs, Maverick Recording Company, Arista Records LLC, UMG Recordings, Inc., Warner Bros. Records Inc., Atlantic Recording Corporation, and BMG Music sought a Default Judgment and Permanent Injunction against Defendant Lisa Hagearty, in favor of Plaintiffs in the above-entitled action. The Court entered the Default Judgment and Permanent Injunction on February 25, 2005.

2. The Default Judgment includes a monetary payment in the amount of $6,204.00.

3. Judgment Debtor has fully satisfied the monetary portion of the Default Judgment.

BOST1-901314-1

          Respectfully submitted,

          MAVERICK RECORDING COMPANY; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORPORATION; and BMG MUSIC

          By their attorneys,

Dated: October 30, 2006      By:  /s/ Nancy M. Cremins
          John R. Bauer, BBO# 630742
          Nancy M. Cremins, BBO # 658932
          ROBINSON & COLE LLP
          One Boston Place
          Boston, MA  02108-4404
          Main Phone:  (617) 557-5900
          Main Fax:  (617) 557-5999

**CERTIFICATE OF SERVICE**

I, Nancy M. Cremins, hereby certify that on October 30, 2006, in addition to electronically filing the foregoing, I caused a copy of the foregoing to be mailed by first class mail to the Defendant.

Lisa Hagearty
5 Einhord Road #2
Worcester, MA 01609

          /s/ Nancy M. Cremins
          Nancy M. Cremins